IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Henley, Larry D | Case Number:  06 B 04202 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/13/07 | Filed:  4/14/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  September 20, 2007
Confirmed:  June 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,184.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 2,528.96 |
| Priority: | | 791.48 |
| Administrative: | | 2,526.00 |
| Trustee Fee: | | 307.14 |
| Other Funds: | | 30.42 |
| Totals: | 6,184.00 | 6,184.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Staver & Gainsberg P.C. | Administrative | 2,526.00 | 2,526.00 |
| 2. | Internal Revenue Service | Priority | 791.48 | 791.48 |
| 3. | Safeway | Unsecured | 407.75 | 71.45 |
| 4. | JP Morgan Chase Bank | Unsecured | 13,042.13 | 2,285.08 |
| 5. | Internal Revenue Service | Unsecured | 46.27 | 0.00 |
| 6. | National Recovery, Inc | Unsecured | 90.22 | 15.81 |
| 7. | National Recovery, Inc | Unsecured | 56.98 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 430.52 | 75.43 |
| 9. | National Recovery, Inc | Unsecured | 105.82 | 16.96 |
| 10. | Midwest Orthopedics At Rush | Unsecured | 52.00 | 0.00 |
| 11. | B-Line LLC | Unsecured | 366.58 | 64.23 |
| 12. | Roxanne Henley | Priority | | No Claim Filed |
| 13. | Rush University | Unsecured | | No Claim Filed |
| 14. | American Family Insurance | Unsecured | | No Claim Filed |
| 15. | Olympia Fields | Unsecured | | No Claim Filed |
| 16. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 17. | Clear Check | Unsecured | | No Claim Filed |
| 18. | Walt's Supermarket | Unsecured | | No Claim Filed |
| 19. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 20. | Ultra Food | Unsecured | | No Claim Filed |
| 21. | Rush University | Unsecured | | No Claim Filed |
| 22. | Chicago Sun Times | Unsecured | | No Claim Filed |
| 23. | Rush University | Unsecured | | No Claim Filed |
| 24. | GTE | Unsecured | | No Claim Filed |
| 25. | Amo Recoveries | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Henley, Larry D | Case Number:  06 B 04202 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/13/07 | Filed:  4/14/06 |

```
                               _____        _____
                               $ 17,915.75       $ 5,846.44
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 101.84 |
| 4.8% | 135.90 |
| 5.4% | 69.40 |
| | _____ |
| | $ 307.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____